

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00169-CV

**DARYL L. JACKSON AND DARLENE KIRCHEN JACKSON,**
                                                    **Appellants**
 **v.**

**MAYPEARL INDEPENDENT SCHOOL DISTRICT,**
                                                    **Appellee**

---

**From the 40th District Court**
**Ellis County, Texas**
**Trial Court No. 21671TX**

---

## MEMORANDUM OPINION

---

Appellant Daryl Jackson, acting *pro se*, filed a notice of appeal on behalf of himself and Darlene Kirchen Jackson from the trial court's May 18, 2023 judgment.  Daryl is not an attorney; therefore, he is prohibited from representing Darlene on appeal.  *See* TEX. GOV'T CODE ANN. § 81.102; *Steele v. McDonald*, 202 S.W.3d 926, 928 (Tex. App.—Waco 2006, order) (per curiam).

By letter dated June 16, 2023, the Clerk of this Court notified Darlene that the Court may not grant a party who does not file a notice of appeal more favorable relief than did

the trial court except for just cause. *See* TEX. R. APP. P. 25.1(c). The Clerk of the Court also notified Darlene that although the filing of the notice of appeal by Daryl invokes this Court's jurisdiction over all parties to the trial court's judgment or order appealed from, any party's failure to take any other step required by the Rules of Appellate Procedure, including the failure of another party to perfect an appeal under subsection (c) of Rule 25.1, is a ground for the Court to act appropriately, including dismissing the appeal. *See id.* R. 25.1(b).

Furthermore, on July 12, 2023, the Clerk of this Court notified Daryl and Darlene that the original filing fee of $205 was past due and warned Daryl and Darlene that the Court would dismiss the appeal unless, within twenty-one days from the date of the letter, Daryl and Darlene paid the filing fee or obtained indigent status for the purpose of appeal. On July 12, 2023, the Clerk of this Court also notified Daryl and Darlene that the Court has not received the docketing statement and that this appeal would be dismissed if the docketing statement was not filed within twenty-one days of the date of the letter.

No response has been received from Daryl or Darlene. Accordingly, this appeal is dismissed. *See id.* R. 42.3(c).


MATT JOHNSON
Justice

Before Chief Justice Gray,
  Justice Johnson, and
  Justice Smith
Dismissed
Opinion delivered and filed August 16, 2023
[CV06]